

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,425-01

## EX PARTE SERGIO GUADAL MARESMARTINEZ AKA MARES, SERGIO GUADALUPE, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. C-372-W012713-1665547-A IN THE 372ND DISTRICT COURT TARRANT COUNTY

*Per curiam.* YEARY, J., dissented.

## OPINION

Applicant was convicted of sexual assault of a child and sentenced to twenty years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The Court received this writ application on February 27, 2026. On March

12, 2026, this Court dismissed the application as non-compliant. It has come to this Court's attention that the record contained a compliant application that should have been considered.

After reconsideration on its own motion, the Court withdraws the previous order entered in this application and substitutes this opinion.

Applicant contends that he was denied his right to an appeal because counsel failed to timely file a notice of appeal. Based on the record, the trial court has found that counsel failed to timely file a notice of appeal.

Relief is granted. *Ex parte Axel*, 757 S.W.2d 369 (Tex. Crim. App. 1988); *Jones v. State*, 98 S.W.3d 700 (Tex. Crim. App. 2003). Applicant may file an out-of-time appeal of his conviction in cause number 1665547 from the 372nd District Court of Tarrant County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal

Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: April 9, 2026
Do not publish